■ L. S. ASSOCIATES, INC., Respondent, v PLANNING BOARD OF THE TOWN OF NEW CASTLE, Appellant.—Appeal from a judgment of the Supreme Court, Westchester County, dated March 21, 1986.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Kelly in the Supreme Court, Westchester County. Mollen, P. J., Brown, Rubin and Spatt, JJ., concur.